

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Guerra, Ruben Humberto DEFENDANT(S). | CASE NUMBER CR 09-412 |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tues 5/26/09__, at __1:30__ ☐a.m. / ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __5/21/09__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge